**DISMISS and Opinion Filed November 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01122-CV

**LAWRENCE MICHAEL ZEMANEK AND
EXTREME MECHANICAL SERVICES, INC. D/B/A
ONE HOUR AIR CONDITIONING & HEATING, Appellants
V.
HIBU INC. F/K/A YELLOWBOOK INC., Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-00091**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss the appeal. Appellants no longer wish to pursue the appeal. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

151122F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LAWRENCE MICHAEL ZEMANEK AND
EXTREME MECHANICAL SERVICES,
INC. D/B/A ONE HOUR AIR
CONDITIONING & HEATING, Appellants

No. 05-15-01122-CV        V.

HIBU INC. F/K/A YELLOWBOOK INC.,
Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-15-00091.
Opinion delivered by Justice Myers.
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HIBU INC. F/K/A YELLOWBOOK INC. recover its costs of this appeal from appellant LAWRENCE MICHAEL ZEMANEK AND EXTREME MECHANICAL SERVICES, INC. D/B/A ONE HOUR AIR CONDITIONING & HEATING.

Judgment entered this 16th day of November, 2015.